■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIUS PRATT, Appellant. [619 NYS2d 974] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Marks, J.—Criminal Possession Forged Instrument, 2nd Degree.) Present—Pine, J. P., Balio, Fallon, Doerr and Boehm, JJ.

■ In the Matter of GRETCHEN S., a Person Alleged to be in Need of Supervision, Appellant. NIAGARA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [619 NYS2d 1000] —Order unanimously reversed on the law without costs and matter remitted to Niagara County Family Court for further proceedings on the petition. Memorandum: Respondent appeals from an order adjudicating her a person in need of supervision and placing her in the custody of Niagara County Department of Social Services for a period of 18 months. Family Court failed to ascertain whether respondent waived her right to a fact-finding hearing and failed to advise her of possible dispositional orders. The court further erred in accepting the admission from respondent's attorney, rather than from respondent herself. Thus, reversal is required *(see, Matter of Kent H.,* 162 AD2d 1058; *Matter of Christopher W.,* 154 AD2d 937). (Appeal from Order of Niagara County Family Court, Crapsi, J.— Person In Need of Supervision.) Present—Pine, J. P., Balio, Fallon, Doerr and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY COTTON, Appellant. [619 NYS2d 1001] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Maloy, J.—Burglary, 3rd Degree.) Present—Balio, J. P., Lawton, Wesley, Callahan and Davis, JJ.